# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-cr-2434-CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| RUS BEL GUTIERREZ-REYNA, aka Russel Gutierrez-Reyna, | |
| Defendant. | |

The United States of America's Motion to Dismiss the Information (ECF No. 20), without prejudice, is **GRANTED**. It is the Judgment of the Court the case is dismissed without prejudice. It is further ordered the bond posted in this matter is hereby exonerated.

**IT IS SO ORDERED.**

DATED:  2/6/2023

_____
**HON. CATHY ANN BENCIVENGO**
United States District Court Judge